UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60923-CIV-SMITH

SARAH MAGDALENO, on behalf of herself
of others similarly situated,

  Plaintiff,

v.

MORGAN FIDELITY ASSOCIATES, INC.,

  Defendant.
_____/

**ORDER OF DISMISSAL**

  This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 11]. Accordingly, it is

  ORDERED that:

  1. This matter is **DISMISSED** without prejudice.

  2. All pending motions are **DENIED as moot.**

  3. This case is **CLOSED**.

  DONE and ORDERED in Fort Lauderdale, Florida, this 13th day of July, 2023.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record